# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **LAVERT FINNEY,** | : | Case No. 1:04CV0926 |
| | : | |
| Petitioner, | : | |
| | : | **JUDGE KATHLEEN O'MALLEY** |
| v. | : | |
| | : | |
| **DAVID BOBBY, Warden** | : | <u>**JUDGMENT ENTRY**</u> |
| | : | |
| Respondent. | : | |

Pursuant to the Court's order of this date, Lavert Finney's petition for a *writ of habeas corpus* brought pursuant to 28 U.S.C. § 2254 (Doc. 1) is **DENIED** and this case is **DISMISSED.** Further, the Court certifies, pursuant to 28 U.S.C. § 2253(c), that there is no basis upon which to issue a certificate of appealability.

**IT IS SO ORDERED.**

s/Kathleen M. O'Malley
**KATHLEEN McDONALD O'MALLEY**
**UNITED STATES DISTRICT JUDGE**

Dated: September 21, 2007